HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SUSA CHA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>SUSA CHA,<br>Defendant. | Case No. 1:20-cr-00235-JLT-SKO-2<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Susa Cha, that the change of plea hearing currently scheduled for September 11, 2023, at 10:00 a.m. be continued to September 25, 2023, at 10:00 a.m.

This matter is currently set for a change of plea on September 11, 2023. However, the United States Marshals Office has advised that Mr. Cha is in Covid quarantine at the Central Valley Annex, where he is in pretrial custody, and that, accordingly, he cannot be transported to Court on September 11, 2023. Accordingly, the parties request that the matter be continued to September 25, 2023, for a change of plea hearing.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the

requested date is a mutually agreeable date for both parties. The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through September 25, 2023, for defense preparation and investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice are served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 11, 2023

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
SUSA CHA

PHILLIP A. TALBERT
United States Attorney

Date: September 11, 2023

*/s/ Kimberly Sanchez*
KIMBERLY SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.** The change of plea hearing set for September 11, 2023, at 10:00 a.m. is hereby continued to September 25, 2023, at 10:00 a.m.

The time through September 25, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **September 11, 2023**

UNITED STATES DISTRICT JUDGE